```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

        Plaintiff,

  -against-

CIGNA HEALTH AND LIFE INSURANCE COMPANY, *et al.*,

        Defendant.

25-CV-7021 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff filed his Complaint on August 25, 2025. (Dkt. 1.) On the same day, plaintiff filed a motion for leave to proceed pseudonymously. (Dkt. 3.) Before the Court can decide that motion, defendants must be given an opportunity to respond. Given that plaintiff has not yet served defendants, he must serve his motion papers (and this Order), along with the summons and complaint, on each defendant. Service must be effected no later than November 24, 2025. *See* Fed. R. Civ. P. 4(m). Unless the parties agree to (or the Court approves) a different schedule, defendants must respond to the motion for leave to proceed pseudonymously within 21 days of service, which is also when their answer or other response to the Complaint will be due. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

Dated: New York, New York
       September 4, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**