# Robinson+Cole

MICHAEL H. BERNSTEIN

666 Third Avenue, 20th floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
mbernstein@rc.com
Direct (212) 451-2940

Also admitted in Connecticut
Pennsylvania, New Jersey and
Utah

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   6/9/26
```

June 3, 2026

*Via ECF*
Hon. Barbara C. Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED. The parties must submit either their stipulation of dismissal or a joint letter updating the Court as to the progress of settlement no later than **July 2, 2026**.
>
> SO ORDERED.
>
> June 9, 2026
>
> **Barbara Moses**
> **United States Magistrate Judge**

Re:  *John Doe v. Cigna Health and Life Insurance Company, Cigna Behavioral Health, Inc.*
     *and Evernorth Behavioral Health, Inc.*
     **Case No. 1:25-cv-07021-DEH-BCM**

Dear Judge Moses:

Pursuant to the Court's Memo Endorsement on May 5, 2026 (ECF No. 33), the Parties submit this joint status letter regarding settlement. The Parties are actively negotiating the terms of the proposed settlement agreement and anticipate that said terms will be finalized in the near future. As such, the parties respectfully request a 30-day extension of their deadline to file a stipulation of dismissal.

We appreciate the Court's attention to this matter.

Respectfully submitted,                    Respectfully submitted,

/s/ Matthew Maddox                         /s/ Michael H. Bernstein
Matthew Maddox                             Michael H. Bernstein
THE MADDOX FIRM LLC                        Arielle B. Cummings
30 Wall Street, 8th Floor                  ROBINSON & COLE LLP
New York, New York 10005                   666 Third Avenue, 20th Floor
                                           New York, New York 10017

*Counsel for Plaintiff*

                                           *Counsel for Defendants*

# MEMO ENDORSED